

# UNITED STATES DISTRICT COURT

Southern District of West Virginia
United States Courthouse
Beckley, West Virginia

Mailing Address:
P.O. Box 5009
Beckley, WV 25801

Phone: (304) 253-2438
FAX: (304) 253-6811
E-Mail: Judge_Faber@
wvsd.uscourts.gov

**DAVID A. FABER**
Chief Judge

August 26, 2004

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

      Re:  <u>Financial Disclosure Report for Calendar Year 2003</u>

Dear Judge Lisi:

     This letter will respond to your letter of July 27, 2004, concerning my calendar year 2003 disclosure report.  Please accept this as an amendment to my report.

     The "Smith-Barney Bank Deposit Program" referred to in Part VII, page 2, line 11, is the money market element of my IRA. I believe it appears on earlier reports under a different name. It was my understanding that I had only to report the amount and type of income for the IRA as a whole which I have done in Part VII, page 1, line 1.

     With regard to the assets in Part VII, page 2, lines 12-14, the USAA Money Market produced less than $1,000 in interest income.  The other assets produced no income.  The gross value of the USAA Money Market at the end of the reporting period was less than $15,000; the value method was "T" (Cash/Market).

     I appreciate your attention to my report and the (often thankless) work you and your committee do.  If this response is not sufficient, please let me know and I will try to fix it.

                  Sincerely,



                  David A. Faber

DAF:lk



| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2003** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* FABER, DAVID A. | 2. Court or Organization U.S. District Court West Virginia Southern | 3. Date of Report May 13, 2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Active U.S. District Judge (Chief) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial _X_ Annual ___ Final | 6. Reporting Period January 1, 2003 — December 31, 2003 |
| 7. Chambers or Office Address P.O. Box 5009 Beckley, WV 25801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION | NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions.)

1 

Member, Visiting Committee | WVU College of Law

2 

3 

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE | PARTIES AND TERMS

☒ NONE (No reportable agreements.)

1 

2 

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE | SOURCE AND TYPE | GROSS INCOME

A. Filer's Non-Investment Income

☒ NONE (No reportable non-investment income.)

1 | | $

2 | | $

3 | | $

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

1 

2 | 2003 | Salary as teacher, Mercer County, West Virginia Board of Education

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☐ NONE (No such reportable reimbursements.) | |
| 2 | Liberty Fund | January 7-13, 2003 Judicial Seminar, Tucson, AZ (Transportation, food and lodging) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ■ NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☐ NONE (No reportable liabilities.) | | |
| 2 | Thrift Savings Plan | Loan from personal account | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FABER, David A. | 05/13/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| Salomon, Smith, Barney IRA account | E | Div. | O | T | | | | | |
| Common Stocks: | | | | | | | | | |
| ADPT | | | | | | | | | |
| AHO | | | | | Sell | 12/05 | J | A | |
| ATML | | | | | | | | | |
| ATML | | | | | | | | | |
| AGRA "A" | | | | | Sell | 12/05 | J | A | |
| AGRA "B" | | | | | Sell | 12/05 | J | A | |
| BMY | | | | | | | | | |
| BMY | | | | | | | | | |
| FBF | | | | | | | | | |
| HPT | | | | | | | | | |
| KEI | | | | | | | | | |
| KMR | | | | | | | | | |
| KMI | | | | | Sell | 10/20 | J | A | |
| KMR | | | | | Sell | 4/22 | J | A | |
| LSI | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 ▮▮ GX | | | | | Bankrupt Escrow | 12/31 | J | A | |
| 2 ▮▮ LU | | | | | | | | | |
| 3 ▮▮ NXL | | | | | | | | | |
| 4 ▮▮ NEWP | | | | | | | | | |
| 5 ▮▮ PCL | | | | | | | | | |
| 6 ▮▮ ROXI | | | | | | | | | |
| 7 ▮▮ SEIC | | | | | | | | | |
| 8 ▮▮ SFA | | | | | | | | | |
| 9 ▮▮ TERN | | | | | Sell | 12/05 | K | A | |
| 10 ▮▮ VZ | | | | | | | | | |
| 11 Smith-Barney Bank Deposit Program | | | | | | | | | |
| 12 USAA Money Market | | | | | | | J | A | |
| 13 Remainder int. ▮▮ Sissonville, WV | | | | | Sell | 4/10 | K | C | |
| 14 Lot ▮▮ - Sissonville, WV | | | | | Sell | 4/10 | J | A | |
| 15 Gold coin collection | None | | J | W | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FABER, DAVID A. | 5/13/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Except for the last four entries, all of the assets listed in Part VII were held in the Salomon, Smith, Barney IRA identified in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ____May 13, 2004____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544